

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for Bank of America N.A. | Order Filed on February 27, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No:  15-28707 RG<br><br>Chapter: 13<br><br>Judge: Rosemary Gambardella |
| In Re:<br><br> Mireya Sanchez,<br><br>         DEBTOR. | |

## ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: February 27, 2017**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the motion of BANK OF AMERICA, N.A. to Allow the filing of a Proof of Claim as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED THAT:** Movant is hereby granted approval to file a Proof of Claim with regard to the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as 425 Highland Ave, Kearny, NJ 07032**

- ☐ Personal Property More Fully Describes as:

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.