| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for Bank of America N.A. | Order Filed on February 27, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No:    15-28707 RG<br><br>Chapter: 13<br><br>Judge: Rosemary Gambardella |
| In Re:<br><br>Mireya Sanchez,<br><br>        DEBTOR. | |

## ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: February 27, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the motion of BANK OF AMERICA, N.A. to Allow the filing of a Proof of Claim as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED THAT:** Movant is hereby granted approval to file a Proof of Claim with regard to the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as 425 Highland Ave, Kearny, NJ 07032**

- ☐ Personal Property More Fully Describes as:

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-28707-RG
Mireya Sanchez                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1           Date Rcvd: Feb 28, 2017
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2017.
db            +Mireya Sanchez,    425 Highland Avenue,    Kearny, NJ 07032-2218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2017 at the address(es) listed below:
          Barry J. Roy    on behalf of Trustee Jay L. Lubetkin broy@rltlawfirm.com
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
           NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
          Laura Eve Quinn    on behalf of Trustee Jay L. Lubetkin lquinn@rltlawfirm.com,
           rgaydos@rltlawfirm.com
          Marie-Ann  Greenberg     magecf@magtrustee.com
          Thomas D. McKeon    on behalf of Debtor Mireya  Sanchez tmckeonlaw@aol.com,
           lesliebrown.paralegal@gmail.com
                                                                                             TOTAL: 6