| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br><br>   MIREYA SANCHEZ | |



Order Filed on October 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  15-28707 RG

Hearing Date:  1/18/2017

Judge:  ROSEMARY GAMBARDELLA

**Debtor is Entitled To Discharge**

## AMENDED MODIFIED ORDER CONFIRMING PLAN

The relief set forth on the following pages is hereby ORDERED.

**DATED: October 8, 2019**

*Honorable Rosemary Gambardella*
United States Bankruptcy Judge

Case No.:   15-28707 RG

Caption of Order:   AMENDED MODIFIED ORDER CONFIRMING PLAN

---

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code and BAPCPA have been complied with and the bar date for the filing of claims has now expired; and for good cause shown, it is

- ORDERED, that the Order Confirming Plan entered on 06/01/2017 is hereby modified as a result of the expiration of the claims bar date and that commencing 09/01/2016 the Debtor shall pay the Standing Trustee the sum of $3,025.00 paid into date over 9 month(s), and then commencing 06/01/2017 the sum of $351.00 for a period of 51 month(s); and it is further

- ORDERED, that all other clauses of the Order Confirming Plan shall remain in full force and effect.

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____, 20_____, a copy of the foregoing Order was served on each of the following:

JAMES J. WALDRON, Clerk