UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

   MIREYA SANCHEZ



Order Filed on October 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  15-28707 RG

Hearing Date:  1/18/2017

Judge:  ROSEMARY GAMBARDELLA

Debtor is Entitled To Discharge

## AMENDED MODIFIED ORDER CONFIRMING PLAN

The relief set forth on the following pages is hereby ORDERED.

**DATED: October 8, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case No.: 15-28707 RG

Caption of Order: AMENDED MODIFIED ORDER CONFIRMING PLAN

---

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code and BAPCPA have been complied with and the bar date for the filing of claims has now expired; and for good cause shown, it is

- ORDERED, that the Order Confirming Plan entered on 06/01/2017 is hereby modified as a result of the expiration of the claims bar date and that commencing 09/01/2016 the Debtor shall pay the Standing Trustee the sum of $3,025.00 paid into date over 9 month(s), and then commencing 06/01/2017 the sum of $351.00 for a period of 51 month(s); and it is further

- ORDERED, that all other clauses of the Order Confirming Plan shall remain in full force and effect.

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on _____, 20_____, a copy of the foregoing Order was served on each of the following:

JAMES J. WALDRON, Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Mireya Sanchez  
     Debtor

Case No. 15-28707-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin    Page 1 of 1    Date Rcvd: Oct 08, 2019  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2019.  
db         +Mireya Sanchez,    425 Highland Avenue,    Kearny, NJ 07032-2247

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2019                          Signature:   <u>/s/Joseph Speetjens</u>

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2019 at the address(es) listed below:  
       Barry J. Roy    on behalf of Trustee Jay L. Lubetkin broy@rltlawfirm.com  
       Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com  
       Laura Eve Quinn    on behalf of Trustee Jay L. Lubetkin lquinn@rltlawfirm.com, rgaydos@rltlawfirm.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Thomas D. McKeon    on behalf of Debtor Mireya Sanchez tmckeonlaw@aol.com, lesliebrown.paralegal@gmail.com  
                                                            TOTAL: 6