Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−28707−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mireya Sanchez
   425 Highland Avenue
   Kearny, NJ 07032

Social Security No.:
   xxx−xx−2986

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO: Mireya Sanchez
          Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: July 28, 2021
JAN: lc

Jeanne Naughton, Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Mireya Sanchez  
  Debtor

Case No. 15-28707-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2   User: admin   Page 1 of 2  
Date Rcvd: Jul 28, 2021   Form ID: ntcfncur   Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mireya Sanchez, 425 Highland Avenue, Kearny, NJ 07032-2247 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2021 at the address(es) listed below:**

**Name**    **Email Address**

Barry J. Roy  
    on behalf of Trustee Jay L. Lubetkin broy@rltlawfirm.com

Denise E. Carlon  
    on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jay L. Lubetkin  
    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com  
    NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com

Laura Eve Quinn  
    on behalf of Trustee Jay L. Lubetkin lquinn@rltlawfirm.com  rgaydos@rltlawfirm.com

Marie-Ann Greenberg  
    magecf@magtrustee.com

Marie-Ann Greenberg  
    on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 28, 2021 | Form ID: ntcfncur | Total Noticed: 1

Rebecca Ann Solarz
    on behalf of Creditor BANK OF AMERICA  N.A. rsolarz@kmllawgroup.com

Thomas D. McKeon
    on behalf of Debtor Mireya Sanchez tmckeonlaw@aol.com  lesliebrown.paralegal@gmail.com

TOTAL: 8