Form 152 − ntcvacodischg

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−28707−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mireya Sanchez
   425 Highland Avenue
   Kearny, NJ 07032

Social Security No.:
   xxx−xx−2986

Employer's Tax I.D. No.:

## NOTICE OF ORDER VACATING
## AN ORDER OF DISCHARGE

NOTICE IS HEREBY GIVEN that Order of Discharge of Debtor entered on 02/05/2016 as to

☑  debtor
☐  joint debtor

has been vacated effective 09/29/2021.


Dated: September 29, 2021
JAN: slm

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 15-28707-RG |
| Mireya Sanchez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 29, 2021 | Form ID: 152 | Total Noticed: 16 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mireya Sanchez, 425 Highland Avenue, Kearny, NJ 07032-2247 |
| 515774654 | + | Analissa Watson, 425 Highland Avenue, Kearny, NJ 07032-2247 |
| 515774655 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 982235, El Paso, TX 79998 |
| 516606805 | | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 515774656 | + | First Mortgage, 425 Highland Avenue, Kearny, NJ 07032-2247 |
| 516383213 | + | Rabinowitz, Lubetkin & Tully, LLC, 293 Eisenhower Parkway, Suite 100, Livingston, New Jersey 07039-1711 |
| 516443713 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine CA 92623-9657 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 29 2021 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 29 2021 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515774657 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2021 20:45:18 | Macy's, c/o Dept. Stores National Bank, PO Box 8061, Mason, OH 45040 |
| 515774658 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2021 20:45:21 | Macy's American Express, PO Box 8053, Mason, OH 45040 |
| 516074160 | | Email/Text: bnc-quantum@quantum3group.com | Sep 29 2021 20:36:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 515966902 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2021 20:45:21 | PYOD LLC, c/o Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 515774659 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2021 20:45:25 | Sears, c/o Citicards, PO Box 6286, Sioux Falls, SD 57117-6286 |
| 515774660 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2021 20:45:17 | Sears Credit Cards, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 515774661 | + | Email/Text: bankruptcy@certifiedcollection.com | Sep 29 2021 20:36:00 | St. Barnabas Medical Center, c/o Certified Credit and Collection, PO Box 336, Raritan, NJ 08869-0336 |

TOTAL: 9

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 29, 2021 | Form ID: 152 | Total Noticed: 16 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519286741 | *+ | MIREYA SANCHEZ, 425 HIGHLAND AVENUE, KEARNY, NJ 07032-2247 |
| 515774662 | ##+ | Wells Fargo Dealer Services, PO Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 01, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2021 at the address(es) listed below:

**Name** — **Email Address**

Barry J. Roy
on behalf of Trustee Jay L. Lubetkin broy@rltlawfirm.com

Denise E. Carlon
on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jay L. Lubetkin
on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com
NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com

Laura Eve Quinn
on behalf of Trustee Jay L. Lubetkin lquinn@rltlawfirm.com rgaydos@rltlawfirm.com

Marie-Ann Greenberg
magecf@magtrustee.com

Marie-Ann Greenberg
on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Rebecca Ann Solarz
on behalf of Creditor BANK OF AMERICA N.A. rsolarz@kmllawgroup.com

Thomas D. McKeon
on behalf of Debtor Mireya Sanchez tmckeonlaw@aol.com lesliebrown.paralegal@gmail.com

TOTAL: 8