UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on September 29, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | | |
|---|---|---|
| In Re:<br>Mireya Sanchez | Case No.: | 15-28707 |
| | Judge: | RG |
| | Chapter: | 13 |

# ORDER VACATING DISCHARGE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 29, 2021**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The Court having noted that _____Mireya Sanchez_____, the debtor(s) in this case was/were discharged on _____02/05/2016_____, and that the discharge must be vacated for the reason(s) stated below:

❏ Debtor(s) received a discharge in this case on _____,

❏ Debtor(s) received a discharge in a previous case bearing case number _____, which case was commenced on _____ in the _____ Bankruptcy Court,

❏ Adversary Proceeding number _____ objecting to the debtor's discharge is pending,

❏ Debtor(s) has not filed a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the instructional course requirements for discharge,

❏ Debtor(s) has not filed a *Certification in Support of Discharge* certifying that all domestic support obligations currently due have been paid,

❏ The filing fee due in this case has not been paid in full,

☒ Other: _____Case Converted to Chapter 13 on 8/19/2016_____,

IT IS ORDERED that said discharge order is vacated.

*Rev. 2-11-21*

2

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 15-28707-RG
Mireya Sanchez  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Sep 29, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mireya Sanchez, 425 Highland Avenue, Kearny, NJ 07032-2247 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2021 at the address(es) listed below:

**Name**      **Email Address**

Barry J. Roy
     on behalf of Trustee Jay L. Lubetkin broy@rltlawfirm.com

Denise E. Carlon
     on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jay L. Lubetkin
     on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com
     NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com

Laura Eve Quinn
     on behalf of Trustee Jay L. Lubetkin lquinn@rltlawfirm.com rgaydos@rltlawfirm.com

Marie-Ann Greenberg
     magecf@magtrustee.com

Marie-Ann Greenberg

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Sep 29, 2021 | Form ID: pdf903 | Total Noticed: 1

          on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Rebecca Ann Solarz
          on behalf of Creditor BANK OF AMERICA  N.A. rsolarz@kmllawgroup.com

Thomas D. McKeon
          on behalf of Debtor Mireya Sanchez tmckeonlaw@aol.com  lesliebrown.paralegal@gmail.com

TOTAL: 8