UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on September 29, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Mireya Sanchez

| | |
|---|---|
| Case No.: | 15-28707 |
| Hearing Date: | |
| Judge: | RG |
| Chapter: | 13 |

# ORDER VACATING FINAL DECREE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 29, 2021**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The Court having determined that the final decree was entered prematurely in this case on _____09/27/2021_____ and should be vacated for the reason stated below:

- ☐ Debtor has not yet been discharged
- ☐ Adversary Proceeding number _____ is pending
- ☒ Other: __Entered prematurely._____

IT IS ORDERED that said final decree is vacated.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Mireya Sanchez  
    Debtor

Case No. 15-28707-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2  
Date Rcvd: Sep 29, 2021    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mireya Sanchez, 425 Highland Avenue, Kearny, NJ 07032-2247 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barry J. Roy | on behalf of Trustee Jay L. Lubetkin broy@rltlawfirm.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jay L. Lubetkin | on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com |
| Laura Eve Quinn | on behalf of Trustee Jay L. Lubetkin lquinn@rltlawfirm.com rgaydos@rltlawfirm.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | |

District/off: 0312-2     User: admin     Page 2 of 2
Date Rcvd: Sep 29, 2021     Form ID: pdf903     Total Noticed: 1

    on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Rebecca Ann Solarz
    on behalf of Creditor BANK OF AMERICA N.A. rsolarz@kmllawgroup.com

Thomas D. McKeon
    on behalf of Debtor Mireya Sanchez tmckeonlaw@aol.com lesliebrown.paralegal@gmail.com

TOTAL: 8